McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE LOREN REED, Individually and as Trustee of the REED FAMILY TRUST; DUANE REED, Individually and as Trustee of the REED FAMILY TRUST; LIDCO INC.; and SHIRLEY LUNDY,<br><br>　　　　　Defendants. | Civil No. 1:05-CV-00431-REC-LJO<br><br>**UNITED STATES' REQUEST TO CONTINUE THE STATUS CONFERENCE CURRENTLY SET FOR OCTOBER 31, 2005, and ORDER** |

　　　　The United States of America, through undersigned counsel, hereby requests that the Status Conference, currently set for October 31, 2005, be continued for at least 30 days.  In support thereof, the United States states as follows:

　　　　1.　　On March 31, 2005, the United States initiated this action, seeking, *inter alia*, to enforce the money judgments entered against George Raymond Reed (deceased) and Gladys Reed (deceased) against certain parcels of real property located in Stanislaus County, California.  These money judgments were previously entered by this Court (<u>United States v. George Raymond Reed</u>, Civ No. F-88-106 EDP).

　　　　2.　　The United States has secured entries of default against George Loren Reed and Duane Reed, both individually and as trustees of the Reed Family Trust, and against Shirley Lundy.  <u>See</u> Docket,

1392242.1

1  Nos. 23 & 33.  The United States has further entered into a stipulation with the remaining defendant,
2  Lidco, Inc., dismissing it from this action.

3      3.    The Court has set a Status Conference for October 31, 2005 but noted that the conference
4  would be vacated if the United States files a motion for default judgment.  <u>See</u> Docket, No. 32.

5      4.    The United States anticipates that it will be able to file a motion for default judgment
6  within 20 days.  Therefore, to preserve the resources of the Court, the United States requests that the
7  Status Conference, currently set for October 31, 2005, be continued for at least 30 days.  If the United
8  States is unable to file a motion for default judgment by the continued Status Conference, it will timely
9  file a status report and appear at the conference.

10     5.    A proposed Order is provided herewith.

11 WHEREFORE, the United States respectfully requests that the Status Conference, currently set
12 for October 31, 2005, be continued for at least 30 days.

14 Dated this 25th day of October, 2005.

MCGREGOR W. SCOTT
United States Attorney

 /s/ - Paul Ham
PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054

Attorneys for the United States

**ORDER**

Having considered the Request, and good cause being shown, the Request is hereby GRANTED and the Court directs that the Status Conference, currently set for October 31, 2005 at 8:30 a.m. in Courtroom # 6, shall be continued for at least 30 days to December 20, 2005 at 8:30am; the Court further directs that the continued Status Conference will be VACATED if the United States files its motion for default judgment prior to one week before the continued Status Conference.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:   October 25, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE