IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV-F-05-431 REC/LJO |
| | ) | |
| | ) | ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT FROM DECEMBER 19, 2005 TO MONDAY, JANUARY 9, 2006 AT 1:30 P.M., CONTINUING STATUS CONFERENCE FROM DECEMBER 20, 2005 TO TUESDAY, JANUARY 10, 2006 AT 8:30 A.M. AND DENYING DEFENDANT GEORGE LOREN REED'S MOTION FOR EXTENSION OF TIME |
| Plaintiff, | ) | |
| vs. | ) | |
| GEORGE LOREN REED, et al., | ) | |
| Defendant. | ) | |

Defendants George Loren Reed, Duane Reed, and Shirley Lundy, each of whom has had defaults entered against them by the Clerk, did not receive notice from the court that the hearing on plaintiff's Motion for Default Judgment, Final Judgment and Order of Foreclosure was continued from December 9, 2005 to December 19, 2005 at 1:30 p.m.  Because the defendants in default are entitled to notice of hearing on plaintiff's motion pursuant to Rule 55, Federal Rules of Civil Procedure, the court continues the hearing on plaintiff's motion from December 19, 2005 to Monday, January 9, 2006 at 1:30 p.m. before Judge Robert E. Coyle in Courtroom One.  The court also continues the status conference set for December 20, 2005 to Tuesday, January 10, 2006 at 8:30

1

a.m. before Magistrate Judge O'Neill in Courtroom Six.

The court denies the motion for extension of time filed by defendant George Loren Reed wherein he requests a 60 day extension of time to seek counsel.  Defendant has had ample time to obtain counsel in this matter.  The court further advises defendants that Rule 83-183(a), Local Rules of Practice, provides in pertinent part:

> Any individual who is representing himself or herself without an attorney must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that duty to any other individual, including husband or wife, or any other party on the same side appearing without an attorney.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil ... Procedure and by these Local Rules.  All obligations placed on 'counsel' by these Local Rules apply to individuals appearing <u>in propria persona</u>.  Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules.  A corporation or other entity may appear only by an attorney.

IT IS SO ORDERED.

**Dated:  December 13, 2005**            **/s/ Robert E. Coyle**
668554                                   UNITED STATES DISTRICT JUDGE