# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, | 1:06-CV-00481-OWW-DLB |
| Plaintiff, | ORDER DENYING PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS |
| v. | (Doc. 7) |
| U. S. DEPARTMENT OF EDUCATION, et al., | ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS OR ACTION WILL BE DISMISSED |
| Defendants. | |

Plaintiff Keith Thomas ("plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On April 24, 2006, plaintiff filed the complaint in this action and on December 20, 2006, plaintiff filed a declaration attesting to his inability to pay the filing fee.

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." To date, plaintiff has filed sixty-nine actions in the United States District Court for the Eastern District of California and has had three or more actions dismissed as frivolous, as

1  malicious, or for failing to state a claim upon which relief may be granted.[1] Thus, plaintiff is subject
2  to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the
3  time the complaint is filed, under imminent danger of serious physical injury.
4      The Court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that
5  support a finding he is, at this time, under imminent danger of serious physical injury. Accordingly,
6  plaintiff may not proceed in forma pauperis, and must submit the appropriate filing fee in order to
7  proceed with this action.
8      Based on the foregoing, it is HEREBY ORDERED that:
9  1.   Pursuant to 28 U.S.C. § 1915(g), plaintiff is denied leave to proceed in forma
10     pauperis in this action; and
11  2.  Plaintiff shall pay the $350.00 filing fee in full within thirty (30) days or this action
12     will be dismissed, without prejudice.
13  IT IS SO ORDERED.
14  Dated:   **February 1, 2007**            **/s/ Dennis L. Beck**
    3c0hj8                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are Thomas v. Galaza, 1:00-cv-05345-AWI-LJO PC (dismissed for failure to state a claim and/or as frivolous on 6/26/00), Thomas v Kim, 1:99-cv-06553-AWI-HGB PC (dismissed for failure to state a claim on 8/29/00), and Thomas v. Galaza, 1:00-cv-05348-OWW-LJO PC (dismissed for failure to state a claim on 11/14/00).